[No. 28916-4-II.   Division Two.   July 1, 2002.]

PAUL TREYZ, *Respondent*, v. PIERCE COUNTY, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-07350-1, Kathryn J. Nelson, J., entered June 14, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Bridgewater, J. Now published at 112 Wn. App. 484.

[No. 47725-1-I.   Division One.   July 1, 2002.]

SELECT MANAGEMENT CORPORATION, *Respondent*, v.
IWBC.NET CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-14264-1, Linda Lau, J., entered November 30, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 48215-7-I.   Division One.   July 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. REYNALDO
REDMOND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05103-1, Philip G. Hubbard, Jr., J., entered February 26, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48292-1-I.   Division One.   July 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL B. MILLS,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08517-3, Gregory P. Canova, J., entered April 9, 2001. *Affirmed* by unpublished per curiam opinion.